1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  NOAH SCHABACKER, Maryland Bar
   Special Assistant United States Attorney
5       Office of the General Counsel
        Social Security Administration
6       6401 Security Boulevard
7       Baltimore, MD 21235
        Telephone: (303) 844-6232
8       Email: Noah.Schabacker@ssa.gov

9  Attorneys for Defendant

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14 DERRICK LASEAN BROWN,                )  CIVIL NO. 2:24-cv-00533-AC
                                        )
15      Plaintiff,                      )  STIPULATION TO VOLUNTARY
                                        )  REMAND PURSUANT TO SENTENCE
16      v.                              )  FOUR OF 42 U.S.C. § 405(g) AND TO
                                        )  ENTRY OF JUDGMENT; [PROPOSED]
17 MARTIN O'MALLEY,                     )  ORDER
   Commissioner of Social Security,[1]  )
18                                      )
        Defendant.                      )
19                                      )
                                        )
20

21      IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Martin

22 O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel

23 of record, that the above-entitled action shall be remanded to the Commissioner of Social

24 Security for further administrative proceedings.

25

26 ─────────────────

27 [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.
   Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be
   substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to
28 continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
   U.S.C. § 405(g).

                              STIPULATION TO REMAND

On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  June 14, 2024

/s/ *Francesco P. Benavides**
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on June 14, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:   /s/ *Noah Schabacker*
NOAH SCHABACKER
Special Assistant United States Attorney

Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED:  June 17, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE